UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Christian Dior Couture, S.A.

                                  Plaintiff,

v.                                  Case No.: 1:23−cv−02604

                                 Honorable John Robert Blakey

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 29, 2023:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants the unopposed motion to extend time [44] filed by Defendants Alan−G shop, GELIVABLE, Savoy e−Commerce, YYSuniee, and chengduquanpeichenyuwenhuachuanmeiyouxiangongsi and orders these Defendants to respond to the complaint by 7/12/23. In light of this extension, the Court denies without prejudice Plaintiff's motion for entry of default and for default judgment [39]. The 6/30/23 motion hearing is stricken as to all motions. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.