# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN DIOR COUTURE, S.A., <br><br> Plaintiff, <br><br> v. <br><br> ANDUO SANDALS STORE, et al., <br><br> Defendants. | Case No. 23-cv-02604 <br><br> **Judge John Robert Blakey** <br><br> **Magistrate Judge Sunil R. Harjani** |

## PLAINTIFF'S RENEWED MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

Plaintiff Christian Dior Couture, S.A. ("Dior"), by its counsel, moves this Honorable Court to enter Default and Default Judgment against the Defendants remaining in this case.

Dior moved for Entry of Default and Default Judgment against the Defendants remaining in this case on June 19, 2023. [39]. Defendants Alan-G shop (Defendant No. 31), chengduquanpeichenyuwenhuachuanmeiyouxiangongsi (Defendant No. 42), GELIVABLE (Defendant No. 58), Savoy e-Commerce (Defendant No. 103), and YYSuniee (Defendant No. 128) (collectively, the "Certain Defendants") filed an unopposed Motion for Extension of Time on June 21, 2023. [44]. On June 29, 2023, this Court granted Certain Defendants' Motion for Extension of Time [44] and ordered the Certain Defendants to respond to the complaint by July 12, 2023, and denied without prejudice Dior's Motion for Entry of Default and Default Judgment [39]. [48].

Dior has reached settlement with Defendants Alan-G shop (Defendant No. 31), chengduquanpeichenyuwenhuachuanmeiyouxiangongsi (Defendant No. 42), GELIVABLE (Defendant No. 58), TNLPOWER (Defendant No. 112)[1] and YYSuniee (Defendant No. 128) and

---

[1] Defendant TNLPOWER (Defendant No. 112) did not obtain an extension of time, but was included in the settlement agreement, per Certain Defendants' counsel.

dismissed these Defendants from this case. [49]. Dior also dismissed Defendant Savoy e-Commerce (Defendant No. 103) from this case. [50].

Because the Certain Defendants have now been dismissed from this case, and no other Defendant having responded to the Complaint [1] or moved for an extension of time, Dior now renews its Motion for Entry of Default and Default Judgment against all remaining Defendants identified on Schedule A, attached hereto as **Exhibit 1**. Dior incorporates by references its previously filed Memorandum in Support of its Motion for Entry of Default and Default Judgment [40] and Declaration of Justin R. Gaudio [41] in support of this renewed Motion.

Dated this 29th day of June 2023.                Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
blakovitsky@gbc.law

*Counsel for Plaintiff Christian Dior Couture, S.A*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of June 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in **Exhibit A** hereto that includes a link to said website.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
blakovitsky@gbc.law

*Counsel for Plaintiff Christian Dior Couture, S.A*